IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **DAN J. WILLINGHAM** and **ELAINE B. WILLINGHAM,** | ) ) ) |
| **Plaintiffs,** | ) ) ) |
| V. | ) Case No._____ ) |
| **STATE FARM FIRE AND CASUALTY COMPANY,** | ) ) ) ) |
| **Defendant.** | ) |

## NOTICE OF REMOVAL

**COMES NOW** Defendant State Farm Fire and Casualty Company, (hereinafter "State Farm"), and gives notice of removal of the above-styled action from the Circuit Court of Cullman County, Alabama, to the United States District Court for the Northern District of Alabama, Northeastern Division. As grounds for the removal of this action, Defendant State Farm avers the following:

1. Plaintiffs Dan J. Willingham and Elaine B. Willingham were, at the time of the filing of the Complaint, and are, on the date of removal, both citizens of the State of Alabama residing in Cullman County, Alabama. (Exhibit "A," Complaint, ¶ 1).

2. Defendant State Farm Fire and Casualty Company was at the time of the filing of the Complaint and is on the date of removal a corporation organized

and existing under the laws of the State of Illinois, with its principal place of business in the State of Illinois. Defendant State Farm was at the time of the filing of the Complaint and is on the date of removal a citizen of the State of Illinois.

3. The Complaint filed by Plaintiffs alleges a single claim for breach of contract against Defendant State Farm. Plaintiffs have demanded a judgment against Defendant State Farm "in the sum of Three Hundred Thousand and No/100 ($300,000.00) Dollars ...." (Exhibit "A," Complaint, ad damnum, p.2).

4. Defendant State Farm was served by certified mail on May 20, 2011. (See Exhibit "A," Summons).

5. The breach of contract claim as set forth in the Complaint alleges that State Farm issued a policy of insurance insuring Plaintiffs' house against loss by fire and other perils. (Exhibit "A," Complaint, ¶ 3). Plaintiffs further allege that on or about November 11, 2009, their house was damaged when a boulder struck the building. (Exhibit "A," Complaint, ¶ 4) and that State Farm has refused to pay the claim, (Exhibit "A," Complaint, ¶ 6), after receiving timely notice. (Exhibit "A," Complaint, ¶ 5).

6. Other than the filing of the Summons and the Complaint, identified as Exhibit "A," no other proceedings have taken place in state court as to the subject matter of Exhibit "A."

7. This action is subject to removal on the basis of diversity of

citizenship in that Plaintiffs were at the time of the filing of the Complaint and are on the date of removal residents and citizens of the State of Alabama and Defendant State Farm was at the time of the filing of the Complaint and is on the date of removal a corporation with its principal place of business in the State of Illinois.

8. Defendant State Farm maintains that removal of the action initiated by Plaintiffs is justified. This is a separate and independent claim which would be removable on its own right. *See Motor Vehicle Cas. Co. v. Russian River County Sanitation Dist.*, 538 F. Supp. 488 (D.C. Cal. 1981). The action being removed is removable due to diversity based on 28 U.S.C. § 1441 (a).

9. In addition to diversity of citizenship among the real and proper parties to this cause, this Court has jurisdiction under 28 U.S.C. § 1332, and removal is proper pursuant to 28 U.S.C. § 1441, in that the jurisdictional amount in controversy has been specifically stated in the Complaint to be "in the sum of Three Hundred Thousand and No/100 ($300,000.00) Dollars." (Exhibit "A," Complaint, ad damnum, p.2). "The Eleventh Circuit has explained that "[i]f the jurisdictional amount is either stated clearly on the face of the documents before the court, or readily deducible from them, then the court has jurisdiction." *Spottswood v. Stewart Title Guar. Co.*, 10-0109-WS-B, 2010 WL 1539993, *2 (S.D. Ala. Apr. 16, 2010) quoting *Lowery v. Alabama Power Co.*, 483 F.3d 1184,

1211 (11th Cir.2007). The amount demanded by Plaintiffs in their Complaint exceeds the jurisdictional amount required to maintain this action under 28 U.S.C. § 1441.

10. Pursuant to Rule 38 of the FEDERAL RULES OF CIVIL PROCEDURE Defendant State Farm hereby enters its demand for this matter to be tried before a jury.

11. This petition is filed with this Court within 30 days of service of process on Defendant State Farm.

12. This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. §1332, and because Defendant State Farm is not a resident citizen of the State of Alabama, wherein the above-entitled action is pending, removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441.

13. Notice of the Defendant's removal of the above-styled action has been given to the Clerk of the Circuit Court of Cullman County, Alabama, and to the Willinghams, as required by 28 U.S.C. § 1446(d). *See* Exhibit "B" attached hereto.

**WHEREFORE**, Defendant State Farm has removed this action from the Circuit Court of Cullman County, Alabama, to the United States District Court for the Northern District of Alabama, Northeastern Division.

-4-

        Respectfully submitted,

/s/ A. David Fawal
**A. DAVID FAWAL [ASB-4593-W82A]**
dfawal@beersanderson.com

**OF COUNSEL:**
**BEERS ANDERSON, JACKSON,**
**PATTY, & FAWAL, P.C.**
1125 Colonial Plaza
2101 Sixth Avenue North
Birmingham, Alabama 35203
T: (205) 327-5331  /  F: (205) 327-5383

        **CONSTANCE T. BUCKALEW**
        **[ASB-3785-L68C]**
        Cbuckalew@beersanderson.com

**OF COUNSEL:**
**BEERS ANDERSON, JACKSON,**
**PATTY, & FAWAL, P.C.**
P. O. Box 1988
Montgomery, Alabama  36102-1988
T: (334) 834-5311  /  F: (334) 834-5362

        **Attorneys for Defendant**
        **State Farm Fire and Casualty Company**

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael W. Fuller
mfuller@fandwlaw.com
**FULLER & WILLINGHAM**
413 First Avenue SW
Cullman, Alabama   35055
T: (256)734-9411  /  F: (256) 737-0544

Attorney for Plaintiffs


**Done this the 14th  day of JUNE, 2011.**

                                      /s/ A. David Fawal
                                      **OF COUNSEL**